UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

THOMAS EVANS,

   Plaintiff,

-vs-                            CASE NO.:  1:17-cv-00559-N

STUDENT ASSISTANCE CORPORATION,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, THOMAS EVANS, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the above-captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Theodore A. Gulas*

Theodore A. Gulas, Esquire
ASB #: 0576S82T
Morgan & Morgan P.A.
2031 Second Avenue North
Birmingham, AL 35203
Tel: 205-517-6900
Fax: 205-517-6901
igulas@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*