# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS EVANS,** | : |
| **Plaintiff,** | : |
| v. | :     **CIVIL ACTION 17-00559-N** |
| | : |
| **STUDENT ASSISTANCE CORPORATION,** | : |
| **Defendant(s).** | : |

## CLERK'S NOTICE OF CLOSING

Pursuant to the filing of the Notice of Voluntary Dismissalal filed by the plaintiff on January 31, 2018 (Doc. 12), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is CLOSED. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment. The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." (internal citations omitted)).

DONE this 1st day of February, 2018.

CHARLES R. DIARD, CLERK

By:     s/Sandra Rey
        Deputy Clerk